UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL FRATTO, III, *et al.*,

        *Plaintiffs*,

    v.

HVS, LLC, *et al.*,

        *Defendants*.

No. 23-CV-10278 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    By email dated November 18, 2024, the Parties informed the Court that settlement discussions are ongoing and requested an extension of two weeks to file settlement paperwork. In future, the Parties should submit any such updates or requests by letter filed via ECF. The Court grants the Parties' request for an extension and directs the Parties to file settlement paperwork, including a stipulation of dismissal, or a further update by no later than December 6, 2024.

SO ORDERED.

Dated:   November 25, 2024
           White Plains, New York

                                                  KENNETH M. KARAS
                                                  United States District Judge